CHOUQUETTE v. MEXICAN CENT. RY. CO., Limited. (Circuit Court of Appeals, Fifth Circuit. November 26, 1907.) No. 1,477. In Error to the Circuit Court of the United States for the Western District of Texas. Geo. E. Wallace and J. A. Buckler, for plaintiff in error. T. A. Falvey and Waters Davis, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is reversed, and the cause is remanded, with instructions to dismiss the suit, without prejudice to an action in any court willing and competent to administer relief under the laws of Mexico. See Mexican Central Railway Company, Ltd., v. J. W. Eckman, Guardian, etc., 205 U. S. 538, 27 Sup. Ct. 791, 51 L. Ed. 920; Slater y. Mexican Central National Railroad Company, 194 U. S. 120, 24 Sup. Ct. 581, 48 L. Ed. 900. The costs of this court to be paid by the plaintiff in error.

---

CONTINUOUS GLASS PLATE CO. v. PRESSED PRISM PLATE GLASS CO. (Circuit Court of Appeals, Third Circuit. October 2, 1907.) No. 1,077. Appeal from the Circuit Court of the United States for the Western District of Pennsylvania. Thomas W. Bakewell, for appellee. Cause dismissed, under rule 16. See 150 Fed. (C. C.) 355.

---

LOUISVILLE & N. R. CO. v. LACY. (Circuit Court of Appeals, Fifth Circuit. November 18, 1907.) No. 1,730. In Error to the Circuit Court of the United States for the Southern District of Alabama. G. L. Smith and H. T. Smith, for plaintiff in error. J. W. McAlpine, E. M. Robinson, and C. E. Hamilton, for defendant in error. Before PARDEE and SHELBY, Circuit Judges; and BURNS, District Judge.

PER CURIAM. This case was submitted to the jury in accordance with the opinion and judgment of this court in Lacy v. Louisville & Nashville R. Co., 152 Fed. 134, 31 C. C. A. 352; and we find no reversible error assigned or apparent in the proceedings of the trial court in the last trial of the case, and we therefore affirm the judgment rendered.

---

LUTCHER & MOORE LUMBER CO. v. KNIGHT et al.* (Circuit Court of Appeals, Fifth Circuit. December 10, 1907.) No. 1,629. In Error to the Circuit Court of the United States for the Western District of Louisiana. J. D. Wilkinson and Geo. E. Holland, for plaintiff in error. A. J. Murff and M. J. Cunningham, Jr., for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After a thorough and attentive consideration of the questions raised on this writ, we are of opinion that the matters of defense relied upon by plaintiff in error on the trial below, in so far as they were not given consideration, were of an equitable nature, not cognizable in a court of law, we therefore affirm the judgment of the Circuit Court.

---

METROPOLITAN LIFE INS. CO. v. TALBOTT. (Circuit Court of Appeals, Fifth Circuit. December 3, 1907.) No. 1,660. In Error to the Circuit Court of the United States for the Northern District of Texas. Maurice E. Locke and Eugene P. Locke, for plaintiff in error. Wendel Spence, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed. See 142 Fed. 694, 74 C. C. A. 26.

---

*Rehearing denied January 21, 1908.